IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 3:21-cr-340-ECM |
| | ) | (WO) |
| DEAUNDRE LAMAR COBB | ) | |

**O R D E R**

Now pending before the Court is the Defendant's *pro se* motion which the Court construes as a motion to supplement objections to the Report and Recommendation (doc. 57). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to supplement objections (doc. 57) is GRANTED. The Defendant may file supplemental objections to the Report and Recommendation on or before **September 21, 2022**.

DONE this 7th day of September, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE